Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CALVIN EUGENE BENNETT,<br><br>Defendant. | NO. CR08-104RAJ<br><br>ORDER TO SEAL GOVERNMENT'S EXHIBITS A AND B |

Having considered the motion of the United States of America and the representations made therein, and finding good cause, it is HEREBY ORDERED that the Government's Motion to Seal (Dkt. #92) is GRANTED. Exhibits A and B in support of the Government's Disposition Memorandum shall remain under seal, for the reasons stated in the Government's motion to seal. Further, Exhibits A and B are not permitted to be made publicly available.

DATED this 30th day of November, 2018.

The Honorable Richard A. Jones
United States District Judge

Order to Seal
*United States v. Bennett*, CR08-104RAJ - 1