UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CALVIN EUGENE BENNETT,<br><br>Defendant. | NO. CR08-104RAJ<br><br>ORDER REIMPOSING ORDER FOR CONDITIONAL RELEASE |

THIS MATTER having come before the Court for hearing pursuant to Title 18, United States Code, Section 4243(g) based on the Probation Department's March 26, 2018 Petition for Warrant or Summons (Dkt. 81) to determine whether Defendant Calvin Eugene Bennett had failed to comply with the prescribed regimen of medical, psychiatric, or psychological care or treatment and whether to revoke conditional release and remand Calvin Bennett to a suitable facility in light of his failure to comply with the prescribed regimen would create a substantial risk of bodily injury to another person or serious damage to the property of another.

After holding a hearing in compliance with Section 4247(d), pursuant to its authority under Sections 4243(f) and 4243(g), and after considering the parties' written submissions, if any, and being fully informed of the file herein, including, but not limited

ORDER/*United States v. Calvin Eugene Bennett*
CR08-104RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to, the Annual Status Report of January 17, 2018, the Petition (Dkt. 81), and oral statements at the hearing, including Mr. Bennett's admission(s), the Court finds that Mr. Bennett committed Violation Number 1 of the Petition (Dkt. 81). Accordingly, this Court issues the following Findings of Fact and Order.

### **Findings of Fact**

1. On October 15, 2008, Calvin Bennett was charged by Indictment with Attempted Murder of a Federal Officer, in violation of Title 18, United States Code, Sections 111 and 1114. Dkt. 22.

2. On February 18, 2010, this Court entered a Special Verdict adjudging Calvin Bennett not guilty by reason of insanity. Dkt. 62.

3. An Order committing Calvin Bennett to the custody of the Attorney General under Title 18, United States Code, Section 4243(e), was entered by this Court on September 24, 2010. Dkt. 75.

4. On January 10, 2013, upon the submission of a Certificate of Improved Mental Condition and Request for Conditional Release from Hospitalization by Warden J. Grondolsky at the Federal Medical Center at Devens, this Court issued an Order of Conditional Release. Dkt. 79. This Order directed a prescribed regimen of treatment and 16 conditions of supervision by the United States Probation Office. The Order further required the filing of annual status reports by the Probation Office. *Id*.

5. The annual status report of January 17, 2018, advised this Court that "Mr. Bennett appears to be adjusting well to living in an independent environment. He continues to comply with all conditions of supervision, with no known violations." *Exhibit A*, Government's Disposition Memorandum (Annual Status Report).

6. On March 6, 2018, the Probation Office submitted a Petition for Warrant or Summons for Offender under Supervision stating that Calvin Bennett had violated a condition of supervision by failing to participate in mental health treatment (Violation Number 1). Dkt. 81.

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. The Probation Office's Petition summarized a marked decline in behavior and medication regimen difficulties experienced by Calvin Bennett between February 27, 2018, and March 5, 2018. In short, Calvin Bennett expressed a desire to terminate mental health treatment and refused further services from Piedmont Mental Health. Dkt. 81.

8. An arrest warrant was issued on March 26, 2018; Calvin Bennett was arrested on April 3, 2018, in the District of South Carolina, and thereafter committed to this District. Dkts. 81, 83, 84. An initial appearance was held in this District on May 11, 2018, and an Order of Detention issued. Dkt. 87. By agreement of the parties, the evidentiary and disposition hearing was set over several times to allow the parties to explore treatment and placement options for Calvin Bennett.

9. On October 25, 2018, Alan R. Breen, Ph.D., ABN, PLLC, completed a Forensic Neuropsychological Evaluation, in which Dr. Breen summarized the clinical information obtained, as well as his own evaluation of Mr. Bennett, concluding that Mr. Bennett understands the connection between treatment participation and symptom reduction, is medication compliant, and a viable candidate for outpatient services and would benefit from continued case management. Dr. Breen's report and a physical examination by Deborah Seidel, ARNP, were submitted to the South Carolina Department of Mental Health, Community Residential Care Facility Services in Columbia, South Carolina, for consideration as a candidate for CRCF placement. CRCF has since accepted Mr. Bennett for placement with their services, which includes housing, treatment, and case management services. *See Exhibit B*, Government's Disposition Memorandum (Dr. Alan R. Breen's Forensic Neuropsychological Evaluation, and Gregory's CRCF Admission Medical Examination).

10. On November 30, 2018, upon a hearing before this Court, Calvin Bennett entered a verbal admission to Violation Number 1 of failure to participate in mental health treatment. The parties nevertheless agree that his continued conditional release with a prescribed regimen of treatment and incorporation of all previously imposed

ORDER/*United States v. Calvin Eugene Bennett*
CR08-104RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conditions of the Order of Conditional Release of January 10, 2013 (Dkt. 79) would not create a substantial risk of bodily injury to another person or serious damage to property of another.

**ORDER**

This Court FINDS that Calvin Bennett has committed Violation Number 1 of failure to participate in mental health treatment. Accordingly, it is this Court's ORDER that Calvin Bennett shall be conditionally released when a bed is available at Gregory's Community Care, coordinated by the U.S. Marshals and U.S. Probation Department, as noted below, and under a prescribed regimen of treatment and pursuant to the delineated conditions below.

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to Title 18, United States Code, Section 4243(f), that CALVIN EUGENE BENNETT is conditionally released under the following conditions:

1. Mr. Bennett will reside at Gregory's Community Care, 2415 Fork Shoals Road, Piedmont, South Carolina 29673, telephone number 864-299-0716. Mr. Bennett shall reside at the assigned residence until discharged by the program director with the approval of the United States Probation Officer. Any changes in residence must be approved through his United States Probation Officer.

2. Mr. Bennett will remain in the custody of the Attorney General pending the availability of a bed at Gregory's Community Care in Piedmont, South Carolina. Release of Mr. Bennett to Gregory's Community Care will be coordinated by the U.S. Marshals Service and the U.S. Probation Office.

3. If a bed date is not available within 30 days, the parties shall provide CRCF Services with a discharge summary report that supplements the physical examination performed by Deborah Seidel, ARNP, and the neuropsychological evaluation by Alan R. Breen, Ph.D., ABN, PLLC.

4. Mr. Bennett shall participate in mental health services at CRCF Services, Piedmont Center for Mental Health Services. Mr. Bennett shall comply with treatment recommendations made by his probation officer and/or by the mental health professionals.

ORDER/*United States v. Calvin Eugene Bennett*
CR08-104RAJ - 4

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Mr. Bennett shall be monitored by mental health professionals and his probation officer for evidence of psychiatric difficulties and shall continue to take medication, which may include injectable medications as prescribed and which may be adjusted by his clinicians.

6. Mr. Bennett will allow CRCF Services to assist him with SSI and to access other benefits, treatment services, including housing, and consent to have Social Security appoint CRCF Services as a Representative Payee for his Social Security payments. CRCF Services shall remain as the Representative Payee until CRCF Services deems a family member or other person is an appropriate payee. If any changes in Representative Payee status are required, his United States Probation Officer must be notified.

7. Mr. Bennett will voluntarily agree to abide by any treatment plans created by his treatment team.

8. Upon recommendation of the medical provider or probation officer, Mr. Bennett will voluntarily admit himself into a hospital for treatment. If he refuses and his continued release would create a substantial risk of bodily injury to himself, another person, or serious damage to the property of another, he should be remanded to a suitable facility pursuant to 18 U.S.C. 4243(f).

9. Mr. Bennett will be supervised by the United States Probation Office in Greenville, South Carolina. Mr. Bennett's case will be assigned to Ms. Beth Magera, telephone number 864-239-6105. This includes his voluntary consent to waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising United States Probation Officer who will assist in evaluating his ongoing appropriateness for community placement.

10. Mr. Bennett will remain under the supervision of the United States Probation Officer until he is discharged from all mental health treatment and/or his federal civil commitment. The primary treatment provider may be changed with the approval of the United States Probation Office.

11. Mr. Bennett may not have in his possession at any time any actual or imitation firearm, destruction device or other deadly weapon. He shall submit to a search without a warrant at the request of a probation officer or any law enforcement officer of his person, and/or property including vehicle or premises for the purpose of determining compliance with this condition. Revocation of conditional release is mandatory for possession of a firearm.

ORDER/*United States v. Calvin Eugene Bennett*
CR08-104RAJ - 5

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12. Mr. Bennett will abstain from the use of alcohol, illegal narcotic substance or drugs. He shall not frequent places where alcohol or illegal drugs are known to be the primary place of possession, manufacture or distribution. If determined necessary by the probation office, he will participate in substance abuse treatment and be required to participate in random drug and Breathalyzer testing.

13. The United States Marshals Service shall be notified to return Mr. Bennett to the custody of the Attorney General if it is determined that Mr. Bennett has violated any conditions which are established for him.

14. As directed by the probation officer, Mr. Bennett shall notify third parties of risks that may be occasioned by his criminal record or personal history or characteristics, and permit the probation officer to make notifications and to confirm his compliance with such notification requirement.

15. Mr. Bennett shall be restricted from leaving the judicial district without prior approval from the court or the U.S. Probation Officer. He shall not incur new credit charges or open additional lines of credit without the approval of the probation office. He shall provide the probation officer with access to any requested financial information.

16. Mr. Bennett shall not commit another federal, state, or local crime, and he shall immediately notify his probation officer if he is arrested or questioned by any law enforcement officer. He shall not associate with any persons engaged in criminal activity or associate with any person convicted of a felony unless granted permission by his probation officer.

17. Mr. Bennett shall comply with other standard conditions of release as proposed by the United States Probation Office.

18. Mr. Bennett shall refrain from any direct or indirect contact with the victim, J.R., including through any third person, in writing, by phone, through the internet or any other form of communication.

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Section 4247(d), annual status reports shall be filed by the Probation Office with the Court, with copies to the Assistant United States Attorney, assigned counsel for Calvin Eugene Bennett, and the Warden at FMC Devens.

ORDER/*United States v. Calvin Eugene Bennett*
CR08-104RAJ - 6

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

This Order shall become effective when bed space becomes available at Gregory's Community Care in Piedmont, South Carolina.

DATED this 30th day of November, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER/*United States v. Calvin Eugene Bennett*
CR08-104RAJ - 7

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970